## ATLANTA CONSOLIDATED STREET RAILWAY CO. *v.* CHAPMAN.

LEWIS, J.   There was no error of law complained of; the evidence was··
sufficient to sustain the verdict, and the court did right in overrul-·
ing the motion for a new trial.

*Judgment affirmed.    All the Justices concurring.*

Argued May 18, — Decided June 8, 1898.

Action for damages.    Before Judge Reid.    City court of Atlanta.    November term, 1897.

. *Goodwin, Westmoreland & Hallman,* for plaintiff in error.
. *James L. Key,* contra.